**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 09-6986**

───────────────

CHARLES M. CASSELL, III,

       Plaintiff - Appellant,

    v.

P.A. WILLIAMS; OWENS, Dr.; CONNOR, Officer; HINSIN, Officer; WADE, Officer; MILLS, Officer; MONROE, Officer; GRAGRINIS, Officer; WASHINGTON, Sgt.; SERGEANT BURGESS; OFFICER BLOW; OFFICER HARDEE; NURSE HENRY; ALL OFFICERS & SGTS ON GREY UNIT; CAPTAIN MADDOX,

       Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, Chief District Judge.  (5:08-ct-03156-FL)

───────────────

Submitted:  September 10, 2009    Decided:  September 16, 2009

───────────────

Before KING, DUNCAN, and AGEE, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Charles M. Cassell, III, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles M. Cassell, III, seeks to appeal the district court's order providing him twenty days to file an amended complaint in compliance with Fed. R. Civ. P. 8. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders Cassell seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED